ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElse.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
UNITED AIRLINES LONG TERM DISABILITY PLAN
and LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE GREGERSEN, | Case No.:     CV09-03323 JAM (KJM) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT;  ORDER THEREON** |
| v. | |
| UNITED AIRLINES LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge :       Honorable John A. Mendez |
| Defendants. | Action Filed :        11/30/2009 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-144(a), by and between plaintiff Lorraine Gregersen ("Plaintiff") and defendants United Airlines Long Term Disability Plan and Life Insurance Company of North America ("LINA") (referred hereinafter as "Defendants"), through their attorneys of record, as follows:

1.     Defendant LINA was served with the Summons and Complaint on or about December 14, 2009, and LINA's response to the Complaint currently is due on or before January 3, 2010;

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT;
[PROPOSED] ORDER THEREON**
USDC EDCA Case #CV09-03323 JAM (KJM)
501551.1

PDF created with pdfFactory trial version www.pdffactory.com

2. Plaintiff and defendants have agreed that defendants United Airlines Long Term Disability Plan and Life Insurance Company of North America may have an extension to and including January 28, 2010 to answer or otherwise respond to the Complaint; and

3. This extension of time to respond to the Complaint does not exceed thirty (30) days, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Dated: January 14, 2010    By:  */s/ Jesse S. Kaplan*
                                JESSE S. KAPLAN
                                Attorneys for Plaintiff
                                LORRAINE GREGERSEN

Dated: January 14, 2010    WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP


                           By:  */s/ Adrienne C. Publicover*
                                ADRIENNE C. PUBLICOVER
                                Attorneys for Defendants
                                UNITED AIRLINES LONG TERM DISABILITY
                                PLAN and LIFE INSURANCE COMPANY OF
                                NORTH AMERICA

**ORDER**

**IT IS SO ORDERED.**

Date:  January 14, 2010    /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

---

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**
USDC EDCA Case #CV09-03323 JAM (KJM)
501551.1

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**
*Lorraine Gregersen v. United Airlines Long Term Disability Plan, et al.*
*USDC EDCA Case #CV09-03323 JAM (KJM)*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**à** : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Jesse S. Kaplan, Esq.
Attorney at Law
5441 Fair Oaks Blvd, Suite C-1
Carmichael, CA  95608
Tel:    (916) 488-3030
Fax:    (916) 489-9297

*Attorneys for Plaintiff*
*LORRAINE GREGERSEN*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 14, 2010**, at San Francisco, California.

Nancy Li

PDF created with pdfFactory trial version www.pdffactory.com