1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5

6  Attorneys for Defendants
   UNITED AIRLINES LONG TERM DISABILITY PLAN
7  and LIFE INSURANCE COMPANY OF NORTH AMERICA

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  LORRAINE GREGERSEN, | Case No.:    CV09-03323 JAM (KJM) |
| 11            Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| 12       v. | |
| 13  UNITED AIRLINES LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge:    Honorable John A. Mendez |
| 14 | Action Filed: 11/30/2009 |
| 15            Defendants. | |

17       **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Lorraine

18  Gregersen and defendants United Airlines Long Term Disability Plan and Life Insurance company

19  of North America through their counsel of record, that the above-entitled action, and all claims for

20  relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

21  41(a)(2), with each party to bear its own costs and attorneys' fees.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**IT IS SO STIPULATED.**

DATE: September 29, 2010                JESSE S. KAPLAN, ESQ.

                                        By:    /s/ JESSE S. KAPLAN
                                               JESSE S. KAPLAN, ESQ.
                                               Attorney for Plaintiff
                                               LORRAINE GREGERSEN

DATE: September 29, 2010                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                        DICKER, LLP

                                        By:    /s/ ADRIENNE C. PUBLICOVER
                                               ADRIENNE C. PUBLICOVER
                                               Attorney for Defendants
                                               UNITED AIRLINES LONG TERM
                                               DISABILITY PLAN and LIFE INSURANCE
                                               COMPANY OF NORTH AMERICA

## **ORDER**

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: September 29, 2010                BY:    /s/ John A, Mendez
                                               HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
*Lorraine Gregersen v. United Airlines Long Term Disability Plan, et al.*
*USDC EDCA Case #CV09-03323 JAM (KJM)*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐:  **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒:  **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Jesse S. Kaplan, Esq.
> Attorney at Law
> 5441 Fair Oaks Blvd, Suite C-1
> Carmichael, CA  95608
> Tel:    (916) 488-3030
> Fax:    (916) 489-9297
> *Attorneys for Plaintiff*
> ***LORRAINE GREGERSEN***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on September 29, 2010, at San Francisco, California.

Marissa Y. Otellini